Decided November 3, 1998

MACELLIS GLASS, EXECUTOR (ESTATE OF JUDITH W. GLASS) *v.* PETER MITCHELL CONSTRUCTION LEASING AND DEVELOPMENT CORPORATION*

The plaintiff's petition for certification for appeal from the Appellate Court, 50 Conn. App. 539 (AC 16730), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that (1) the trial court abused its discretion in finding a unity of interest for purposes of voir dire pursuant to General

---

* The appeal was withdrawn July 6, 1999.

Statutes § 51-241 and (2) was the defendant entitled to a new trial as a result of that abuse of discretion?"

The Supreme Court docket number is SC 16045.

*Vincent M. Musto*, in support of the petition.

*Wesley W. Horton* and *Susan M. Cormier*, in opposition.

Decided November 18, 1998